**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-1236**

HARLEY DAVID CROSBY,

      Plaintiff - Appellant,

      v.

SOUTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; SOUTH CAROLINA HIGHWAY PATROL; JAMES C. FILYAW,

      Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston. Richard Mark Gergel, District Judge. (2:15-cv-01455-RMG)

Submitted: June 20, 2017                        Decided: June 22, 2017

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harley David Crosby, Appellant Pro Se. Christopher Thomas Dorsel, Sandra J. Senn, SENN LEGAL, LLC, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harley David Crosby appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) claim and remanding the remaining claims to the state court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Crosby v. South Carolina Dep't of Pub. Safety*, 2:15-cv-01455-RMG (D.S.C. Jan. 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*